IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | CIVIL ACTION NO. 1:12-cv-828 |
| | ) | (JCC/IDD) |
| CAPITAL ONE, N.A. and | ) | |
| | ) | |
| CAPITAL ONE BANK (USA), N.A., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Assistant United States Attorney Bernard Kim as attorney for the United States of America.

        Respectfully submitted,

        NEIL H. MacBRIDE
        UNITED STATES ATTORNEY

*By*: _____/s/_____
        Bernard Kim
        Assistant United States Attorney
        Justin W. Williams U. S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        (703) 299-3911 (direct)
        (703) 299-3983 (fax)
        bernard.kim@usdoj.gov
        *Attorney for the United States of America*

DATED:  December 19, 2012

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2012, I will file the foregoing with the Clerk of Court, which will send a notification of electronic filing to the following:

Bryan Alan Fratkin
McGuireWoods LLP
901 E Cary St
Richmond, VA 23219-4030
804-775-4352
Fax: 804-698-2100
Email: bfratkin@mcguirewoods.com
*Attorney for the Defendants*

/s/
Bernard Kim
Assistant United States Attorney
*Attorney for the United States of America*