IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:12-cv-828 |
| | ) | (JCC-IDD) |
| CAPITAL ONE, N.A. and | ) | |
| | ) | |
| CAPITAL ONE BANK (USA), N.A., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

Upon consideration of Plaintiff United States of America and Defendants Capital One, N.A. and Capital One Bank (USA), N.A.'s Joint Motion for Approval of Proposed Payments to Servicemembers Pursuant to Paragraphs 62 & 48 of the Amended Consent Order, this Court **GRANTS** the parties' Joint Motion and **APPROVES** the payments to servicemembers and charities described in the moving memorandum.

/s/
James C. Cacheris
United States District Judge

United States District Judge

Dated: 8/29/13, 2013